UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

The Cincinnati Insurance Co.

            Plaintiff,

v.                                   Civil Action No.  25-0418

Can Man LLC, et al.

            Defendant.

### DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2) where jurisdiction is based on diversity of citizenship, all parties or intervenors in the case must, unless the Court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor.

Parties and intervenors are reminded that the citizenship of a limited liability company, professional corporation, limited partnership, partnership, and unincorporated association is determined by the citizenship of all its members or partners.

| Can Man LLC d/b/a Best Bev Co | U.S. Virgin Islands (all members) |
|---|---|
| (Party/Intervenor) | (Citizenship) |
| Best Bev, LLC | U.S. Virgin Islands (all members) |
| (Party/Intervenor) | (Citizenship) |
| (Party/Intervenor) | (Citizenship) |

April 25, 2025
Date

Signature of Attorney or Litigant
Counsel for  Defendants

*Note:  This form must be filed in CM/ECF using your pacer account.  Please select the "Other Documents" category, then select the Disclosure of Citizenship event.  Pro Se Litigants can file using the court's Electronic Document Submission (EDS) | Eastern District of Pennsylvania | United States District Court (uscourts.gov), by mail or in person.