

Three Logan Square
1717 Arch Street
24th Floor
Philadelphia, PA 19103
215-587-1000  Main
215-587-1444  Main Fax
www.postschell.com

Anthony L. Miscioscia
Principal

amiscioscia@postschell.com
215-587-1170 Direct
215-587-1444 Direct Fax
File #: 204800

November 3, 2025

**VIA ELECTRONIC FILING**

Honorable Mary Kay Costello
United States District Court for the Eastern
District of Pennsylvania
6614 U.S. Courthouse
601 Market Street
Philadelphia, PA   19106

    **Re:**    *The Cincinnati Insurance Company v. Can Man LLC, et al.*
            <u>EDPA, Civil Action No. 25-cv-0418</u>

Dear Judge Costello:

    I represent the Plaintiff in this case.  I am submitting this letter pursuant to Your Honor's Order (ECF 17) directing the parties to submit a Joint Report to the court by November 4, 2025 advising of the status of our settlement.  I am submitting this letter with the permission and consent of Jay Levin, counsel for Defendants.

    Last week, the parties reached agreement concerning the language of the proposed Settlement Agreement and Mutual Release settling the claims in dispute.  Copies of that agreement have been circulated to the respective parties for their approval and signature.  It is hoped that that agreement will be signed and finalized within the next week or so.

Respectfully submitted,

*[signature]*

Anthony L. Miscioscia

ALM/cap
cc:    Jay M. Levin, Esquire (via ECF)