

Three Logan Square
1717 Arch Street
24th Floor
Philadelphia, PA 19103
215-587-1000  Main
215-587-1444  Main Fax
www.postschell.com

Anthony L. Miscioscia
Principal

amiscioscia@postschell.com
(215) 587-1170 Direct

November 17, 2025

**VIA ELECTRONIC FILING**

The Honorable Mary K. Costello
District Court Judge
Eastern District Court of Pennsylvania
6614 US Courthouse
601 Market Street,
Philadelphia, PA 19106

    Re:    *The Cincinnati Ins. Co. v. Can Man, LLC, et al.*, **E.D. Pa. (docket no. 2:25-cv-00418) - Settlement & Dismissal of the Action**

Dear Honorable Judge Costello:

    I am writing to advise this Honorable Court that the parties, The Cincinnati Insurance Company ("Cincinnati"), Can Man, LLC d/b/a Best Bev Co. ("Can Man") and Best Bev, LLC ("Best Bev"), have agreed upon terms to settle the civil action captioned *The Cincinnati Ins. Co. v. Can Man, LLC, et al.*, E.D. Pa. (docket no. 2:25-cv-00418).  The parties have now reduced the agreed upon terms to a formal written Settlement Agreement and Mutual Release, which has been signed by an authorized representative of each party.  Pursuant to the Settlement Agreement and Mutual Release, Cincinnati, Can Man and Best Bev now respectfully request that this Honorable Court dismiss the above referenced lawsuit with prejudice.

Respectfully submitted,

Anthony L. Miscioscia
Principal

ALM/cap